Tamie L. Cummins, Esq., SBN 254687
BORTON PETRINI, LLP
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
tcummins@bortonpetrini.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>DURLABH DAHYA GANDHI,<br><br>    Debtor. | Case No: 16-90910<br>DC No:   TLC-2<br><br>Chapter 13<br><br>Date: April 17, 2018<br>Time: 10:00 a.m.<br>Place: 1200 I Street, Ste. 4, Modesto, CA |

## DEBTOR'S MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

Durlabh Dahya Gandhi ("Debtor") hereby moves to modify his Plan on the following grounds:

1. The Third Amended Plan, filed on or about February 20, 2017, provides that I shall pay the Trustee a total of $5,164.00 through month 3. Beginning in month 4, I shall pay the Trustee $558.00 per month in months 4-60 and that Class 7 General Unsecured Creditors with timely filed claims will receive a 100% dividend through the plan.

2. Since filing, Trustee has issued the Notice of Filed Claims in debtor's case. Debtor's real property taxes came in higher than originally listed and therefore the plan needs to be modified to provide for the entire claim. Debtor had also listed the Internal Revenue Service as a Class 5 Priority Claim; however the Internal Revenue Service has filed its claim as a Class 7 Non-Priority General Unsecured Claim.

3. As the debtor's income is limited, debtor's son, Erik Gandhi has agreed to gift the debtor $416.00 per month to help the debtor with the increased plan payment.

4. A true and correct copy of debtor's Amended Schedule I is located in the List of Exhibits as Exhibit "A".

5. In consideration of the foregoing, Debtor proposes the following changes to his Plan: Debtor shall pay the Trustee a total of $13,392.00 through month 17. Then beginning in month 18, I shall pay the Trustee $974.00 per month in months 18-60. A true and correct copy of the Plan is filed concurrently herewith in the List of Exhibits as Exhibit "A".

6. Changing the plan will not affect the Plan's feasibility and will continue to pay 100% to all timely filed unsecured claims.

Dated: 3/5/18

Respectfully submitted,
BORTON PETRINI, LLP

/s/ _____
Tamie L. Cummins, Attorney for Debtor
Durlabh Dahya Gandhi

2