**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Durlabh Dahya Gandhi    **Case No.:** 16-90910 - D - 13
    **Docket Control No.** TLC-2
    **Date:** 04/17/2018
    **Time:** 10:00 AM

**Matter:** [117] - Motion/Application to Modify Chapter 13 Plan [TLC-2] Filed by Debtor Durlabh Dahya Gandhi (tsef)

**Judge:** Robert S. Bardwil
**Courtroom Deputy:** Michelle Peterson
**Reporter:** Not Recorded
**Department:** D

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion was Granted

See Findings of fact and conclusions of law below

    **The court will issue an order.**

**Final ruling:**

    **The relief requested in the motion is supported by the record and no timely opposition to the motion has been filed. Accordingly, the court will grant the motion by minute order and no appearance is necessary. The moving party is to lodge an order confirming the plan, amended plan, or modification to plan, and shall use the form of order which is referenced in LBR 3015-1(e). The order is to be signed by the Chapter 13 trustee approving its form prior to the order being submitted to the court.**