2

Tamie L. Cummins, Esq., SBN: 254687
BORTON PETRINI, LLP
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
tcummins@bortonpetrini.com

Attorneys for Debtor,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re: | Case No: 16-90910 |
| | DC No:   TLC-2 |
| DURLABH DAHYA GANDHI, | Chapter  13 |
| Debtor. | Date:  April 17, 2018 |
| | Time: 10:00 a.m. |
| | Place: 1200 I Street, Ste. 4, Modesto, CA |

## ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor, Durlabh Dahya Gandhi, herein having filed a Debtor's Motion to Confirm the First Modified Chapter 13 Plan and the same having come on to be heard before the Honorable Judge Robert S. Bardwil on April 17, 2018 at 10:00 a.m.; and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that

1.  The First Modified Chapter 13 Plan filed on March 05, 2018 is confirmed.

**IT IS FURTHER ORDERED that**:

1.  The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2.  The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

//

//

//

RECEIVED
May 01, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006272335

1

3.　The debtor shall appear in court whenever notified to do so by the court.

_Russell O. Lee_

Approved by the Chapter 13
Trustee as to Content and Form

Dated:　May 01, 2018

_Robert Bardwil_

Robert S. Bardwil, Judge
United States Bankruptcy Court

2